(May 20, 1971)

PASQUALE ITALIANO et al., Petitioners, v. NEW YORK STATE EXECUTIVE DEPARTMENT, DIVISION OF HUMAN RIGHTS, et al., Respondents.— Petition

1010

Present Goldman P. J., Marsh, Witmer, Cardamone and Henry, JJ.